**Eric SCOTT Neff and Naoma D. Neff, Petitioners**

v.

**PENNYMAC CORP., Respondent**

**No. 282 WAL 2017**

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.